

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00710-CV

**IN THE INTEREST OF T.M.P.** and M.B.R., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00126
Honorable Richard Garcia, Judge Presiding[1]

Opinion by:    Marialyn Barnard, Justice

Sitting:    Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

Delivered and Filed:  April 1, 2015

MOTION TO WITHDRAW GRANTED; AFFIRMED

Appellant father appeals the trial court's judgment terminating his parental rights to his children, T.M.P. and M.B.R.  The Texas Department of Family and Protective Services ("the Department") moved to have appellant's parental rights terminated.  After a bench trial, the trial court found father's parental rights should be terminated because he violated provisions of section 161.001(1) of the Texas Family Code.  *See generally* TEX. FAM. CODE ANN. § 161.001(1) (West 2014).  The trial court further determined termination would be in the best interests of the children pursuant to section 161.001(2).  *Id.* § 161.001(2).

---

[1] The Honorable Karen Pozza is the presiding judge of the 407th District Court, Bexar County, Texas.  However, the termination order in this case was signed by Associate Judge Richard Garcia.

Appellant's court-appointed appellate attorney has filed a motion to withdraw and a brief containing a professional evaluation of the record demonstrating there are no arguable grounds to be advanced and concluding the appeal is frivolous. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, *4 (Tex. App.—San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.). Father was provided a copy of the brief and informed of his right to obtain a copy of the appellate record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio July 23, 1997, no pet.); *In re R.R.*, 2003 WL 21157944, at *4. Appointed counsel provided father with a form which he could sign, date, and file with this court in order to obtain a copy of the record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014). Father filed neither a request for the record nor a *pro se* brief.

We have reviewed the record and the attorney's brief and we agree with counsel that the appellate points do not present a substantial question for appellate review. Accordingly, we hold the trial court did not err in terminating father's parental rights. We grant the motion to withdraw and affirm the trial court's order of termination.

Marialyn Barnard, Justice